IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 22-63-RGA |
| BRENDAN DHANOOLAL, | ) ) ) |
| Defendant. | ) ) |

MEMORANDUM ORDER

At sentencing on April 13, 2023, I pronounced a sentence that in part included three years of "supervised release." There was no objection to the use of that term. In hindsight, three years of supervised release was not a permissible sentence, because Defendant had not been in custody and the three years was not following any custodial sentence. Therefore, the three years of supervised release should have been three years of probation. I think the use of "supervised release" rather than "probation" was a "technical" or "other clear error," and that I can correct it since less than fourteen days have elapsed since sentencing. *See* Fed. R. Crim. P. 35(a). Therefore, the J&C that I will shortly issue will reflect three years of probation, not of supervised release.

IT IS SO ORDERED this 20th day of April 2023.

_____
United States District Judge